UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

GLORIA MORISAKI

                                                              **DEFAULT JUDGMENT**

    v.

                                                  Case No. CIV S-09-0298 MCE DAD

**DAVENPORT, ALLEN & MALONE, INC.**

_____

        **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

        **Daveenport, Allen & Malone, Inc.**

in the sum of $75,000, consisting of an award of $73,000 in actual damages, $1,000 in statutory damages pursuant to 15USC1692k(a)(2)(A) and $1,000 in statutory damages pursuant to California Civil Code 1788.30(b).

September 16, 2010

                                                                  VICTORIA C. MINOR, CLERK

                                                             By:  _/s/NDDuong_____
                                                              NDDuong, Deputy Clerk